*Road vs Patrick*

Sol. Sibley At^y

*Joseph Road*
*vs*
*Joshua Patrick*

The Pltff complains of the Def^t for that he lost certain property out of his possession which came into possession of the defendant of the value of one hundred dollars which the defendant afterward wrongfully converted and disposed of to his own use and refused to restore the same.

Sol Sibley   Att^y for Pltf

and the defendant pleads that he is not guilty and puts himself upon the country—                    Brush for the Deft

and the Pltff likewise                    Sol Sibley   Aty.

[In the handwriting of Solomon Sibley]